Mr. Justice Waggoner delivered the opinion of the court.

---

**Cleo Ray Hess, appellee, v. William B. Dillon, appellant.**

Trover to recover the value of wheat in a stack, plaintiff claiming an undivided interest. Judgment for plaintiff. Appeal from the County Court of Pike county; the Hon. Burr Swan, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed April 27, 1920.

W. E. Williams and A. Clay Williams, for appellant. William Mumford, Barry Mumford and L. T. Graham, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.